# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO ALEJANDRO LARA URRIOLA,<br><br>                               Petitioner,<br><br>     v.<br><br>CHRISTOPHER J. LAROSE, Senior Warde, Otay Mesa Detention Center; DANIEL A. BRIGHTMAN, San Diego Field Office Director, Immigration and Customs Enforcements and Removal Operations ("ICE/ERO"); TODD M. LYONS, Acting Director of Immigration Customs Enforcement ("ICE"); U.S. Immigration and Customs Enforcements; KRISTI NOEM, Secretary of the Department of Homeland Security ("DHS"); U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States.<br><br>                               Respondents. | Case No.:  25cv3556 DMS MMP<br><br>**ORDER REQUIRING RESPONSE** |

On December 12, 2025, Petitioner filed a Petition for Writ of Habeas Corpus and Order to Show Cause Within Three Days; Complaint for Declaratory Relief.  Respondents

shall file their response to the Petition on or before by **December 19, 2025**. Petitioners shall file their reply on or before **December 23, 2025**. Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated: December 16, 2025

Hon. Dana M. Sabraw
United States District Judge