**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DIEGO ALEJANDRO LARA URRIOLA,

Petitioner,

v.

CHRISTOPHER J. LAROSE, et al.,

Respondents.

Case No.: 25-cv-3556-DMS-MMP

**ORDER GRANTING JOINT MOTION TO DISMISS**

The parties in this habeas action filed a Notice of Settlement on March 27, 2026, and requested that the Court set a Settlement Disposition Conference. ECF No. 8. On May 23, 2026, the parties filed a joint motion to dismiss affirming that they had executed a Settlement Agreement and Release of Claims. ECF No. 11. For good cause shown, the Court GRANTS the joint motion to dismiss. This action is hereby dismissed with prejudice. All remaining dates and deadlines are hereby VACATED.

The Clerk of Court shall close the case.

SO ORDERED.

Dated:  May 27, 2026

Hon. Dana M. Sabraw
United States District Judge